UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III, | Case No. 1:19-cv-00957-DAD-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER SETTING SETTLEMENT CONFERENCE** |
| SULLIVAN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. section 1983. The Court has determined that this case will benefit from an early settlement conference. Accordingly, the Court ORDERS this case be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom 6 on April 27, 2020, at 10:30 a.m. The transportation order, as well as the order setting the procedures for the settlement conference, will be issued in due course.

IT IS SO ORDERED.

Dated: __February 13, 2020__         /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE