UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCOS CASEY GUILLEN, III,

Plaintiff,

v.

W. JOE SULLIVAN,

Defendant.

No. 1:19-cv-00957-DAD-SKO (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING MOTION TO DISMISS

(Doc. Nos. 11, 16.)

Plaintiff Marcos Casey Guillen, III, is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2020, the assigned magistrate judge filed findings and recommendations, recommending that plaintiff's state-law claims be dismissed. (Doc. No. 7.) On April 3, 2020, the undersigned adopted the findings and recommendations, dismissing plaintiff's state-law claims and allowing his Fourteenth Amendment equal protection claim to proceed. (Doc. No. 15.)

Before the court is defendant's motion to dismiss plaintiff's equal protection claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 11.) Plaintiff filed an opposition to defendant's motion on March 6, 2020, and defendant replied on March 13, 2020. (Doc. Nos. 12, 13.)

On April 14, 2020, the magistrate judge issued findings and recommendations, recommending that defendant's motion to dismiss be denied. (Doc. No. 16.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 21 days of service. (*Id.* at 6.) On April 23, 2020, defendant filed a statement of no objection to the findings and recommendations. (Doc. No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 14, 2020 (Doc. No. 16) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 11) is denied; and
3. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **June 16, 2020**

Dale A. Drozd

UNITED STATES DISTRICT JUDGE