UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS CASEY GUILLEN, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. J. SULLIVAN,<br><br>　　　　Defendant. | Case No. 1:19-cv-00957-DAD-SKO (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

　　　The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 26.) The rule provides that a "plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this action has terminated, and the Court directs the Clerk of the Court to close this case.

　　　Pursuant to the order provided on the record by the Court on September 3, 2020, as well as the corresponding minute order (Doc. 25), the Court retains jurisdiction over the parties' settlement agreement to ensure that its terms can be met.

IT IS SO ORDERED.

Dated:　**September 11, 2020**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE